1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Christopher Musselman, ) | No. CV 05-02095 PHX NVW (JCG) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Dora B. Schriro, et al., ) | |
| Respondents. ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Jennifer C. Guerin (Doc. # 14) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Petition be denied as to Grounds 2 and 4 and that Respondents be afforded 30 days in which to supplement their Answser with respect to Gounds 1 and 3 of the Petition. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 6-7 (citing 28 U.S.C. § 636(b)). No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a)

1  ("Within 10 days after being served with a copy of the magistrate judge's order, a party may
2  serve and file objections to the order; a party may not thereafter assign as error a defect in
3  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear
4  Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
5  21 (9th Cir. 2002).

6  Notwithstanding the absence of an objection, the court has reviewed the R&R and
7  finds that it is well taken. The court will accept the R&R, dismiss the Petition as to Grounds
8  2 and 4, and give Respondents 30 days to supplement their Answer as to Grounds 1 and 3.
9  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in
10 whole or in part, the findings or recommendations made by the magistrate").

11 IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
12 Judge (Doc. #14) is accepted.

13 IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus filed
14 pursuant to 28 U.S.C. § 2254 (Doc. # 1) is denied as to Grounds 2 and 4 only. Judgment will
15 not be entered denying relief on Grounds 2 and 4 until disposition of Grounds 1 and 3. This
16 is not a final or appealable order.

17 IT IS FURTHER ORDERED that Respondents shall have 30 days from this date to
18 supplement their Answer in order to respond to the merits of Grounds 1 and 3 of the Petition.

19 IT IS FURTHER ORDERED that this case is referred to Magistrate Jennifer C.
20 Guerin for further proceedings and preparation of a Report and Recommendation concerning
21 Grounds 1 and 3.

22 DATED this 9th day of April 2007.

_____
Neil V. Wake
United States District Judge