1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT**
7             **FOR THE DISTRICT OF ARIZONA**
8

9    John Christopher Musselman,              )    No. CV 05-2095 PHX-NVW (JCG)
                                              )
10                 Petitioner,                )    **ORDER**
                                              )
11      v.                                    )
                                              )
12                                            )
     Dora  B.  Schriro;  Arizona  Attorney)
13   General, State of,                       )
                                              )
14                 Respondents.               )
                                              )
15

16         Pending before the court is the Report and Recommendation ("R&R") of Magistrate

17   Judge Guerin (Doc. # 22) filed December 3, 2007, regarding petitioner's Petition for Writ

18   of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1).  The R&R recommends that

19   the Petition be denied.  The Magistrate Judge advised the parties that they had ten days to file

20   objections to the R&R.  (R&R at 6 (citing 28 U.S.C. § 636(b)).  The court extended

21   Petitioner's time to file objections to January 10, 2008.  (Doc. # 25.)  No objections were

22   filed.   By previous order (Doc. # 15), the court adopted the previous Report and

23   Recommendation (Doc. # 14).

24         Because the parties did not file objections, the court need not review any of the

25   Magistrate Judge's determinations on dispositive matters.  *See* 28 U.S.C. § 636(b)(1);

26   Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

27   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

28   review at all . . . of any issue that is not the subject of an objection.").  The absence of a

1    timely objection also means that error may not be assigned on appeal to any defect in the

2    rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a)

3    ("Within 10 days after being served with a copy of the magistrate judge's order, a party may

4    serve and file objections to the order; a party may not thereafter assign as error a defect in

5    the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*

6    *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-

7    21 (9th Cir. 2002).

8          Notwithstanding the absence of an objection, the court has reviewed the R&R and

9    finds that it is well taken.  The court will accept the R&R and deny the Petition.  *See* 28

10   U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or

11   in part, the findings or recommendations made by the magistrate").

12         IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate

13   Judge (Doc. # 22) is accepted.

14         IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying

15   Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. #

16   1).  The Clerk shall terminate this action.

17         DATED this 23rd day of January 2008.

18

19   _____

20                   Neil V. Wake
               United States District Judge

21

22

23

24

25

26

27

28